721      IN RE FIRE DISASTER AT DUPONT PLAZA HOTEL, SAN JUAN,

PUERTO RICO, ON DECEMBER 31, 1986


| | | |
|---|---|---|
| 87/01/12 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS -- (A-1 thru A-4) filed by plaintiffs Rachel Miranda, et al. -- SUGGESTED TRANSFEREE DISTRICT:  DISTRICT OF PUERTO RICO OR, CENTRAL DISTRICT OF CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: ? -- W/Cert. of Svc.  (paa) |
| 87/01/23 | | APPEARANCES -- James L. Fetterly for San Juan Dupont Plaza Corp.; and Stanley M. Chesley, Esquire for Rachel Miranda (rew) |
| 87/01/23 | | APPEARANCES -- Leonardo Andrade-Lugo, Esq. for Hotel Systems, International; and Berrkowitz and Pino for Elena Pastoriza, et al. (rew) |
| 87/01/23 | 2 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE (A-1 thru A-4) -- pltfs. Romona Castellano Rivera, et al. -- SUGGESTED TRANSFEREE DISTRICT:  Puerto Rico; SUGGESTED TRANSFEREE JUDGE:  ?  (cds) |
| 87/01/28 | 3 | RESPONSE (to Pldg. #1 & 2) -- Plaintiffs Elena Pastoriza, et al. -- W/Certificate of Service.  (paa) |
| 87/01/28 | 4 | RESPONSE/MEMORANDUM (to pldg. #1) -- SAN JUAN DUPONT PLAZA CORP. -- W/NOTICE OF RELATED ACTION -- Samuel Morse, et al. v. DuPONT Plaza, San Juan DuPont Plaza, Inc., S.D. N.Y., C.A. No. 87-518 W/Cert. of SVC.  (paa) |
| 87/02/03 | | APPEARANCES: JORGE ORTIZ BRUNET, ESQ. for Ramona Castellano Rivera, et al. (tmq) |
| 87/02/19 | | HEARING ORDER -- Setting motions to transfer for Panel Hearing on March 26, 1987 in San Diego, California  (cds) |
| 87/03/24 | 5 | MOTION, BRIEF, SCHEDULE OF ACTIONS --(A-1 thru A-6) filed by plaintiffs Manuel Mayor Valenzuela, et al. -- SUGGESTED TRANSFEREE DISTRICT: DISTRICT OF PUERTO RICO.  (tmq) |
| 87/03/24 | | HEARING APPEARANCES:  (3/26/87) -- STANLEY M. CHESLEY, ESQ. for Rachael Miranda, et al.; JAMES L. FETTERLY, ESQ. for San Juan Dupont Plaza Hotel Corp.; JORGE ORTIZ BRUNET, ESQ. for Ramona Castellano Rivera, et al.; PETER BERKOWITZ, ESQ. for Elena Pastoriza, et al.;  FRANCISCO M. TRONCOSO, ESQ. for Manuel Mayor Venlenzuela, et al.; LEONARDO ANDRADE LUGO, ESQ. for Hotel Systems International, Inc. (tmq) |

JPML FORM 1A

p. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 721 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/05/13 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of Puerto Rico to the Hon. Raymond L. Acosta. (tmq) |
| 87/05/13 | | TRANSFER ORDER -- Transferring A-4 to the D. Puerto Rico pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel, misc. recipients and publishers. (tmq) |
| 87/10/22 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-52 Margaret Delli Santi, et al. v. Hotel Systems International, Inc., D. New Jersey, C.A. No. 87-542 -- Notified invovled counsel and judges (rh) |
| 87/11/09 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-52 Margaret Delli Santi, et al. v. Hotel Systems International, Inc., D. New Jersey, C.A. No. 87-542 -- Notified invovled judges and clerks (rh) |
| 88/01/15 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-53 Frank A. DeJames, et al. v. San Juan DuPont Plaza Corp., et al., W.D. New York, C.A. No. CIV-87-0250E -- Notified involved counsel and judges (cds) |
| 88/02/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-23 Frank A. DeJames, et al. v. San Juan DuPont Plaza Corporation, et al., W.D. New York, C.A. No. CIV-87-0250E -- Notified involved clerks and judges. (tmq) |
| 88/05/03 | | CONDITIONAL TRANSFER ORDERS (5) FILED TODAY -- B-54 **David Mendell, et al.** v. Hotel Systems International, et al., C.D. Cal., C.A. No. CV-87-08564-JSL(JRx); **B-55 Elena Pastoriza, et al.** v. Hotel Systems International, et al., C.D. Cal., C.A. No. CV-87-08586-JSL(JRx); **B-56 Mildred Diaz Ortiz, et al.** v. Hotel Systems International, et al., C.D. Cal., C.A. No. CV-87-08680-JSL(JRx); **B-57 Carlos Vanga, Jr.** v. Madison Wholesale, et al., S.D. New York, C.A. No. 87-Civ-9231(KC); B-58 **Peter Frank Mirasola, Jr., et al.** v. Madison Wholesale, et al., S.D. New York, C.A. No. 87-Civ-9232(RJW) -- Notified involved judges and counsel (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 721 -- In re Fire Disaster at Dupont Plaza Hotel, San Juan, Puerto Rico, on December 31, 1986

| Date | Ref. | Pleading Description |
| --- | --- | --- |
| 88/05/19 | | CONDITIONAL TRANSFER ORDERS (5) **FINAL TODAY -- B-54 David Mendell, et al.** v. Hotel Systems International, et al., C.D. Cal., C.A. No. CV-87-08564-JSL(JRx); **B-55 Elena Pastoriza, et al.** v. Hotel Systems International, et al., C.D. Cal., C.A. No. CV-87-08586-JSL(JRx); **B-56 Mildred Diaz Ortiz, et al.** v. Hotel Systems International, et al., C.D. Cal., C.A. No. CV-87-08680-JSL(JRx); **B-57 Carlos Vanga, Jr.** v. Madison Wholesale, et al., S.D. New York, C.A. No. 87-Civ-9231(KC); **B-58 Peter Frank Mirasola, Jr., et al.** v. Madison Wholesale, et al., S.D. New York, C.A. No. 87-Civ-9232(RJW) -- Notified involved judges and clerks (cds) |
| 88/08/31 | 6 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SVC. -- w/exhibits A thru M -- filed by Sheraton Corporation and Sheraton Internation, Inc., for transfer of action to the D. Puerto Rico -- Notified involved counsel (ds) |
| 88/09/16 | 7 | LETTER -- information from pltfs. National Fire Insurance Co. of Pittsburgh, Pa. (re: C-279 recent developments) and w/cert. of svc. (ds) |
| 88/09/20 | 8 | RESPONSE -- (to pldg. #6) National Union Fire Insurance Company of Pittsburgh, Pa. -- w/cert. of svc. (rh) |
| 88/10/07 | | HEARING ORDER -- setting motion of defendants Sheraton Corp. and Sheraton International, Inc. for transfer of **C-279** for Panel hearing on November 17, 1988 in New Orleans, LA (cds) |
| 88/11/16 | | HEARING APPEARANCES: (Hearing on 11/17/88 in New Orleans, Louisiana) -- DAVID S. MORTENSEN, ESQ. for The Sheraton Corp. and Sheraton International; STEPHEN A. COZEN, ESQ. for National Union Fire Insurance Co. of Pittsburgh, Pa. and WENDELL H. GAUTHIER, ESQ. for Plaintiffs' Steering Committee (rh) |
| 88/11/17 | 9 | STATUS LETTER -- movants The Sheraton Corp. and Sheraton International, Inc. (cds) |
| 88/11/18 | | ORDER VACATING NOVEMBER 17, 1988 HEARING -- C-279 National Union Fire Insurance Company of Pittsburgh, Pa. v. Sheraton Corporation, et al., E.D. Pennsylvania, C.A. No. 88-2694 -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 721 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/12/14 | | ORDER DENYING MOTION AS MOOT -- C-279 National Union Fire Insurance Company of Pittsburgh, Pa. v. Sheraton Corp., et al., E.D. Pennsylvania, C.A. No. 88-2694 -- Notified involved judges, clerks and counsel (rh) |
| 89/11/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- D-281 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. California, C.A. No. 89-5648 (JRx); D-282 Manual Ochoa, et al. v. Hotel Systems International, et al., C.D. California, C.A. No. 89-5650 (JRx) and D-283 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. California, C.A. No. 89-5651 (JRx) -- Notified involved counsel and judges. (ds) |
| 89/12/04 | 10 | NOTICE OF OPPOSITION TO CTO -- D-281 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. California, C.A. No. 89-5648 WMB(JRx) -- filed by deft. Honeywell, Inc. w/cert. of svc. -- Notified involved counsel and judges. (ds) |
| 89/12/04 | 11 | NOTICE OF OPPOSITION TO CTO -- D-282 Manual Ochoa, et al. v. Hotel Systems International, et al., C.D. California, C.A. No. 89-5650 WMB(JRx) -- filed by deft. Honeywell, Inc. w/cert. of svc. -- Notified involved counsel and judges. (ds) |
| 89/12/04 | 12 | NOTICE OF OPPOSITION TO CTO -- D-283 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. California, C.A. No. 89-5651 WMB(JRx) -- filed by deft. Honeywell, Inc. w/cert. of svc. -- Notified involved counsel and judges. (ds) |
| 89/12/07 | | FIRST AMENDMENT TO HEARING ORDER -- setting opposition of defendant Honeywell, Inc. for transfer of D-281 thru D-283, for hearing on Jan. 25, 1990 in Orlando, Florida. Notified involved counsel, clerks and judges. (ds) |
| 89/12/21 | 13 | LETTER (withdrawing opposition of CTO's) -- D-281 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. Cal., C.A. No. 89-5648; D-282 Manuel Ochoa, et al. v. Hotel Systems International, et al., C.D. Cal., C.A. No. 89-5650 and D-=283 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. Cal., C.A. No. 89-5651 -- filed by Honeywell, Inc. w/svc. (ds) |
| 89/12/21 | | ORDER LIFTING STAY OF CTO'S AND VACATING JANUARY 25, 1990 HEARING -- D-281 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. Cal., C.A. No. 89-5648; D-282 Manuel Ochoa, et al. v. Hotel Systems International, et al., C.D. Cal., C.A. No. 89-5650 and D-=283 Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al., C.D. Cal., C.A. No. 89-5651 -- Notified involved counsel, clerks and judges. (ds) |

JPML Form 1
⊕
Revised: 8/78

DOCKET NO. 721 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE FIRE DISASTER AT DUPONT PLAZA HOTEL, SAN JUAN, PUERTO RICO ON DECEMBER 31, 1986

SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 3/26/87 | 5/13/87 | TO | published<br>660 F.Supp. 982 | D. P. R.<br>104 | Hon. Raymond L. Acosta | |

Juan Masimi
809-722-6039

Special Transferee Information

DATE CLOSED: ______________

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 721 -- IN RE FIRE DISASTER AT DUPONT PLAZA HOTEL, SAN JUAN, PUERTO RICO ON DECEMBER 31, 1986

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Eleana Pastoriza, et al. v. Hotel Systems International, d/b/a/ Dupont Plaza Hotel | D. PR ~~Fuste~~ | 87-0006 (JAF) | | | | |
| A-2 | Jose Enrique Aponte Rodriguez, et al. v. San Juan Dupont Plaza Corporation | D. PR Acosta | 87-0008 (RLA) | | | | |
| A-3 | Ramona Castellano Rivera, et al. v. San Juan Dupont Plaza Corp., et al. | D. PR Acosta | 87-0028 (RLA) | | | | |
| A-4 | Rachel Miranda, et al. v. Hotel Systems International, Inc., et al. | C.Cal. Letts | 87-0092 (JSL) (JRX) | 5/13/87 | 88-0295 | | |
| XYZ-5 | Adam Amulmich v. San Juan Dupont Plaza Corp., et al. | D. P.R. Acosta | ~~87-112~~ 87-122 | | | | |
| XYZ-6 | Lopez Santeleses, et al. v. Hotel Systems International CBA, et al. | D. P.R. Acosta | 87-114 | | | | |
| XYZ-7 | Kamarauckas Glamba, et al. v. Hotel Systems International, Inc. | D. P.R. Acosta | 87-88 | | | | |
| XYZ-8 | Rivera Varas, et al. v. Hotel Systems International, Inc. | D. P.R. Acosta | 87-111 | | | | |
| XYZ-9 | Regina M. Mahesse Martinez, et al. v. Hotel Systems International dba, et al. | D. P.R. Acosta | 87-82 | | | | |
| XYZ-10 | Mayor Valenzeula, et al. v. Hotel Systems International, Inc. | D. P.R. Acosta | 87-87 | | | | |

DOCKET NO. 721 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-11 | Ferdinand Rodriguez Vazquez, et al. v. Hotel Systems International, et al. | PR Acosta | 87-0155 RLA | | | | |
| XYZ-12 | Charles A. Rodriguez-Rodriguez, et al. v. Hotel Systems International, et al. | PR Acosta | 87-0156RLA | | | | |
| XYZ-13 | Juanita Gaarcia Arroyo, et al. Hotel Dupont Plaza, et al. | PR Acosta | 87-0170RLA | | | | |
| XYZ-14 | Ramon Villafane Maldonado, et al. v. Hotel Dupont Plaza, et al. | PR Acosta | 87-0171RLA | | | | |
| XYZ-15 | Ivan Miranda Alejandro, et al. Hotel Systems International, Inc. | PR Acosta | 87-0176 RLA | | | | |
| XYZ-16 | Luis E. Garcia Benitez, et al. v. San Juan Hotel Association, et al. | PR Acosta | 87-0187 | | | | |
| XYZ-17 | Heinz W. Fiedler v. San Juan Hotel Association, et al. | PR Acosta | 87-0203RLA | | | | |
| XYZ-18 | Matti J. Pewra Rouhu v. San Juan Hotel Associates, et al. | PR Acosta | 87-0204RLA | | | | |
| XYZ-19 | Nilda Bonilla Serrano, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-0205 RLA | | | | |
| XYZ-20 | Carlos M. Camunmas Balaguer, et al. v. Hotel Systems International | PR Acosta | 87-0219RLA | | | | |
| XYZ-21 | Carmen Noelia Hernandez Carrion, et al v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0245RLA | | | | |
| XYZ-22 | Laurin Machado, et al. v. Hotel Systems International | PR Acosta | 87-0246RLA | | | | |
| XYZ-23 | John D. Guman, etc. v. San Juan Dupont Plaza Corp. | PR Acosta | 87-0251RLA | | | | |

DOCKET NO. 721 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-24 | Patricia Sawicki, etc. v. San Juan Dupont Plaza Corp. | PR Acosta | 87-0252RLA | | | | |
| XYZ-25 | Diana J. Melillo v. San Juan Dupont Plaza Corp. | PR Acosta | 87-0253RLA | | | | |
| XYZ-26 | Robert M. Josovitz, etc. v. San Juan Dupont Plaza Corp. | PR Acosta | 87-0254RLA | | | | |
| XYZ-27 | Jack Craig, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0255RLA | | | | |
| XYZ-28 | Pedro Garcia Altieri, et al. v. Hotel Systems International, et al. | PR Acosta | 87-0257RLA | | | | |
| XYZ-29 | Maria R. Charriez, et al. v. Hotel Systems International, et al. | PR Acosta | 87-0258RLA | | | | |
| XYZ-30 | David Vidal Cordero v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0259RLA | | | | |
| XYZ-31 | Josephine D'Ambrosia, etc. v. Hotel Systems International, Inc., et al. | PR Acosta | 87-0263RLA | | | | |
| XYZ-32 | Zulma Ivette Rosich, et al. v. Hotel Systems International, Inc., et al. | PR Acosta | 87-0264RLA | | | | |
| XYZ-33 | Rene Mendez, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0265RLA | | | | |
| XYZ-34 | Markus Unternaehrer, et al. v. Hotel Systems International, et al. | PR Acosta | 87-0269RLA | | | | |
| XYZ-35 | Maria Isabel Ortiz, et al. v. Hotel Systems International, et al. | PR Acosta | 87-0272RLA | | | | |
| XYZ-36 | Catherine Pagan, et al. v. Hotel Systems International | PR Acosta | 87-0273RLA | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-37 | Jose Luis Perez v. San Juan Hotel Associates, et al. | PR Acosta | 870-276RLA | | | | |
| XYZ-38 | Carmen Maria Rodriguez Cruz, et al. v. Hotel Systems International, et al. | PR Acosta | 87-0277RLA | | | | |
| XYZ-39 | Francisco Miranda, et al. v. San Juan Dupont Plaza Corp., et al. | PR | 87-0286RLA | | | | |
| XYZ-40 | Maria Dolores Garcia Burgos, et al. v. Hotel Systems International, etc | PR Acosta | 87-0373RLA | | | | |
| XYZ-41 | Genara Ayala Rodriguez, et al. v. Hotel Systems international | PR Acosta | 87-0374RLA | | | | |
| XYZ-42 | Leduc Fuentes v. Hotel Systems International, et al. | PR Acosta | 87-0375RLA | | | | |
| XYZ-43 | Sherman David Spector v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0439RLA | | | | |
| XYZ-44 | To Quyhn Trong, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0441RLA | | | | |
| XYZ-45 | Sixta Fuentes Reyes, et al. v. San Juan Dupont Plaza Corp. | PR Acosta | 87-0443RLA | | | 7/22/87D | |
| XYZ-46 | Chester Borkowski, etc. v. San Juan Dupont Plaza Corp | PR Acosta | 87-0454RLA | | | | |
| XYZ-47 | Chester Borkowski v. San Juan Dupont Plaza Corp. | PR Acosta | 87-0455RLA | | | | |
| XYZ-48 | Ivan Miranda Alejandro v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0622RLA | | | 8/27/87D | |
| XYZ-49 | Carmen L. Barrera v. San Juan Dupont Plaza Corp., et al. DELETE | PR Acosta | 87-0632RLA | | | P.R | |

DOCKET NO. 721 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-50 | Amelia Pagan Caredona, et al. v. San Juan Dupont Plaza Corp., | PR Acosta | 87-0643RLA | | | | |
| XYZ-51 | Robert Silverman, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-0676 | | | | |
| | July 1987 - 1 TR/50 XYZ/51 Pending | | | | | | |
| B-52 | Margaret Delli Santi, et al. v. Hotel Systems International, Inc. 10-22-87 | N.J. Ackerman | 87-542 | 11-9-87 | 87-1929 | | |
| B-53 | Frank A. DeJames, et al. v. San Juan DuPont Plaza Corporation, et al. 1/15/88 | N.Y.,W. Elfvin | CIV-87-0250E | 2-2-88 | 88-512 | | |
| ~~B-54~~ | ~~David Mendell, et al. v. Hotel Systems International, et al.~~ | ~~Conn. Zampano~~ | ~~B-87-633(JAC)~~ | | | | |
| B-54 | David Mendell, et al. v. Hotel Systems International, et al. 5/3/88 | Cal.,C. Letts | CV-87-08564-JSL(JRx) | 5/19/88 | 88-1300 | | |
| B-55 | Elena Pastoriza, et al. v. Hotel Systems International, et al. 5/3/88 | Cal.,C. Letts | CV-87-08586-JSL(JRx) | 5/19/88 | 88-1302 | | |
| B-56 | Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al. 5/3/88 | Cal.,C. Letts | CV-87-08680-JSL(JRx) | 5/19/88 | 88-1301 | | |
| B-57 | Carlos Vanga, Jr. v. Madison Wholesale, et al. 5/3/88 | N.Y.,S. Conboy | 87-Civ-9231(KC) | 5/19/88 | 88-1003 | | |
| B-58 | Peter Frank Mirasola, Jr., et al. v. Madison Wholesale, et al. 5/3/88 | N.Y.,S. Ward | 87-Civ-9232(RJW) | 5/19/88 | 88-1002 | | |
| B-59 | David Mendell, et al. v. Hotel Systems International, et al. | D.P.R. Acosto | 88-752 (RLA) | | | | trans from Conn. not 1407 |

DOCKET NO. 721 -- 6

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-60 | Noel Manzo Archilla, et al. v. San Juan Dupont Plaza Corp., et al. | D.P.R. Acosta | 87-0765(RLA) | | | | |
| XYZ-61 | Luis Garcia, et al. v. San Juan Dupont Plaza Corp., et al. | D.P.R. Acosta | 87-0816(RLA) | | | | |
| XYZ-62 | Jose Antonio Rodriguez Feliciano, et al. v. Hotel Systems International, et al. | D.P.R. Acosta | 87-1999 | | | 1/26/89 | Dism Note CA# 87-2001 added see XYZ-284 |
| XYZ-63 | Victor Pumarejo Negron, et al. v. Hotel Systems International, et al. | D.P.R. Acosta | 87-2002 | | | | |
| XYZ-64 | Henning Bang Jensen, et al. v. Hotel Systems International, et al. | D.P.R. Acosta | 87-2003 | | | | |
| XYZ-65 | Grayce Galioto v. Hotel Systems International, et al. | D.P.R. Acosta | 88-0005 | | | | |
| XYZ-66 | Andrea Valentino v. Hotel Systems International, et al. | D.P.R. Acosta | 88-0028 | | | | |
| XYZ-67 | Ronald L. Wilson, et al. v. Hotel Systems International, et al. | D.P.R. Acosta | 88-0619 | | | | |
| XYZ-68 | Robert L. Henning v. Hotel Systems International, et al. | D.P.R. Acosta | 88-0620 | | | | |
| XYZ-69 | Aileen Nosal v. Hotel Systems International, et al. | D.P.R. Acosta | 88-0621 | | | | |
| XYZ-70 | Liuos M. Avenaut Cerra, et al. v. Hotel Systems International, et al. | D.P.R. Acosta | 88-0628 | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 7

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-71 | Gilberto Natal Alicea, et al. v. San Juan Hotel Associates, et al | PR Acosta | 87-0817 (RLA) | | | | |
| XYZ-72 | Murray Bates, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-0905 (RLA) | | | | |
| XYZ-73 | Esther Laugier v. San Juan Hotel Associates, et al. | PR Acosta | 87-0928 (RLA) | | | | |
| XYZ-74 | Judith Sussman, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1222 (RLA) | | | | |
| XYZ-75 | Luz Celia, Brodowski, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1245 (RLA) | | | | |
| XYZ-76 | Lisa St. Pierre, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1246 (RLA) | | | | |
| XYZ-77 | Filipo Levanti, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1340 (RLA) | | | | |
| XYZ-78 | Wanda Marsach, et al. v. Hotel System International, et al. | PR Acosta | 87-1402 (RLA) | | | | |
| XYZ-79 | Jodi L. Wolf, et al. v. San Juan Dupont Plaza Corp. | PR Acosta | 87-1507 (RLA) | | | | |
| XYZ-80 | Juana Rodríguez vda de Garofalo, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1515 (RLA) | | | | |
| XYZ-81 | Jenouri Maldonado vda de Thompson, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1516 (RLA) | | | | |
| XYZ-82 | Amy Brewstein v. Hotel System International et al. | PR Acosta | 87-1517 (RLA) | | | | |
| XYZ-83 | Antonio Méndez Nuñez, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1518 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS  -- page 8

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-84 | Bernard Brewstein, et al. v. Hotel Systems International, et al. | PR Acosta | 87-1519 (RLA) | | | | |
| XYZ-85 | Marlin Peck Cruse v. Hotel System International, et al. | PR Acosta | 87-1544 (RLA) | | | | |
| XYZ-86 | Gloria J. Rodríguez Reyes vda de Resto, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1545 (RLA) | | | | |
| XYZ-87 | Alba Iturrondo de Group, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1546 (RLA) | | | | |
| XYZ-88 | Mary Brookes v. Hotel System International, et al. | PR Acosta | 87-1547 (RLA) | | | | |
| XYZ-89 | Francisco Diaz Camacho, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1548 (RLA) | | | | |
| XYZ-90 | Jean Marie, Johnson v. Hotel System International, et al. | PR Acosta | 87-1549 (RLA) | | | | |
| XYZ-91 | James Camp, et al. v. Hotel System International, et al. | PR Acosta | 87-1550 (RLA) | | | | |
| XYZ-92 | Resto Rodríguez de Sundaram, et al v. Hotel System Internatioanl, et al. | PR Acosta | 87-1551 (RLA) | | | | |
| XYZ-93 | Ivonne Fernández v. Hotel System International, et al. | PR Acosta | 87-1552 (RLA) | | | | |
| XYZ-94 | Samuel D. Magavern, et al. v. Hotel System International, et al. | PR Acosta | 87-1553 (RLA) | | | | |
| XYZ-95 | Roger M. Peltyn, et al. v. Hotel System International, et al. | PR Acosta | 87-1554 (RLA) | | | | |
| XYZ-96 | Samuel Plotkin, et al. v. Hotel System International, et al. | PR Acosta | 87-1561 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 9

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-97 | Nathalie David v. Hotel System International, et al. | PR Acosta | 87-1568 (RLA) | | | | |
| XYZ-98 | Alicia Knupfer, et al. v. Hotel System International, et al. | PR Acosta | 87-1569 (RLA) | | | | |
| XYZ-99 | Edward Kohn, et al. v. Hotel System International, et al. | PR Acosta | 87-1570 (RLA) | | | | |
| XYZ-100 | Paul Spielvogel, et al. v. Hotel System International, et al. | PR Acosta | 87-1571 (RLA) | | | | |
| XYZ-101 | Paul Dictor, et al. v. Hotel System International, et al. | PR Acosta | 87-1572 (RLA) | | | | |
| XYZ-102 | Bernard Schechter, et al. v. Hotel System International, et al. | PR Acosta | 87-1573 (RLA) | | | | |
| XYZ-103 | Michael J. Kusiak, et al. v. Hotel System International, et al. | PR Acosta | 87-1574 (RLA) | | | | |
| XYZ-104 | Samuel Morse, et al. v. Hotel System International, et al. | PR Acosta | 87-1575 (RLA) | | | | |
| XYZ-105 | Albert Isaacs, et al. v. Hotel System International, et al. | PR Acosta | 87-1576 (RLA) | | | | |
| XYZ-106 | Juan Ramón Acosta-Quiñonez, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1577 (RLA) | | | | |
| XYZ-107 | Aitzgorri Gastañaga del Manzano v. Hotel System International, et al. | PR Acosta | 87-1578 (RLA) | | | | |
| XYZ-108 | Maria Socorro Del Manzano López, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1579 (RLA) | | | | |
| XYZ-109 | Rita Vázquez Vda. de Cartagena v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1580 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 10

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-110 | Carlos Alberto Cartagena Vázquez, et al. v. Hotel System International, et al. | PR Acosta | 87-1581 (RLA) | | | | |
| XYZ-111 | Kevin Gibson, et al. v. Hotel System International, et al. | PR Acosta | 87-1584 (RLA) | | | | |
| XYZ-112 | Thomas J. Dezenski, et al. v. San Juan Dupont Plaza Corporation, et al. | PR Acosta | 87-1603 (RLA) | | | | |
| XYZ-113 | Irma Pagán-Fonseca Vda. de Delgado, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1614 (RLA) | | | | |
| XYZ-114 | Lorraine, Sherman, et al. v. Hotel System International, et al. | PR Acosta | 87-1615 (RLA) | | | | |
| XYZ-115 | William D. Craine, et al. v. Hotel System International, et al. | PR Acosta | 87-1616 (RLA) | | | | |
| XYZ-116 | Robert Rowland, et al. v. Hotel System International, et al. | PR Acosta | 87-1617 (RLA) | | | | |
| XYZ-117 | Elizabeth, Cepeda de Jesus, et al. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1618 (RLA) | | | | |
| XYZ-118 | Irma Jiménez Daumond Vda. de Buitrago, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1619 (RLA) | | | | |
| XYZ-119 | José Ramón, Irizarry Bernard, et al. v. Hotel System International, et al. | PR Acosta | 87-1620 (RLA) | | | | |
| XYZ-120 | Jenny Irizarry García, et al. v. Hotel System Interantional, et al. | PR Acosta | 87-1621 (RLA) | | | | |
| XYZ-121 | Carmen Rita Cartagena de Martínez, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1622 (RLA) | | | | |
| XYZ-122 | David Jackson, et al. v. Hotel System International, et al. | PR Acosta | 87-1636 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 4

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-123 | Gladys Rivera Vda. de Marrero, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1666 (RLA) | | | | |
| XYZ-124 | Irene Font Díaz Vda. de Rivera, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1667 (RLA) | | | | |
| XYZ-125 | Francisco Marrero Hernández, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1668 (RLA) | | | | |
| XYZ-126 | Julia Maldonado, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1669 (RLA) | | | | |
| XYZ-127 | Anita Cuadrado (Concepción) Vázquez Vda de De Risi v. Hotel Equipment Leasing Assoc.etal | PR Acosta | 87-1670 (RLA) | | | | |
| XYZ-128 | Carlos Vanga, Jr. v. Hotel System International, et al. | PR Acosta | 87-1676 (RLA) | | | | |
| XYZ-129 | Peter Frank, Mirasola Jr., et al. v. Hotel System International, et al. | PR Acosta | 87-1677 (RLA) | | | | |
| XYZ-130 | Louis Buskey, et al v. Hotel System International, et al. | PR Acosta | 87-1678 (RLA) | | | 4/10/89 Dism. | |
| XYZ-131 | María (Mary) Ripoll v. Hotel System International , et al. | PR Acosta | 87-1679 (RLA) | | | | |
| XYZ-132 | Ingrid Erika, Velázquez v. Hotel SYstem International, et al. | PR Acosta | 87-1683 (RLA) | | | | |
| XYZ-133 | Luis Daniel Cintrón, et al. v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1707 (RLA) | | | | |
| XYZ-134 | Raquel Santiago v. Hotel System International, et al. | PR Acosta | 87-1708 (RLA) | | | | |
| XYZ-135 | Matilde Schmidt Carreras v. Hotel Equipment Leasing Associates, et al. | PR Acosta | 87-1709 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page -12

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-136 | Carmen Quiles Torres, et al. v. Hotel System International, et al. | PR Acosta | 87-1733 (RLA) | | | | |
| XYZ-137 | Hector Silva Marrero v. Hotel System International, et al. | PR Acosta | 87-1734 (RLA) | | | | |
| XYZ-138 | Judith A. Serra, et al, v. Hotel System International, et al. | PR Acosta | 87-1735 (RLA) | | | | |
| XYZ-139 | Joseph Serrani, et al, v. Hotel System International, et al. | PR Acosta | 87-1742 (RLA) | | | | |
| XYZ-140 | Ernesto Morales v. Hotel System International, et al. | PR Acosta | 87-1743 (RLA) | | | | |
| XYZ-141 | Migdalia Rodríguez, et al. v. Hotel System International, et al. | PR Acosta | 87-1744 (RLA) | | | | |
| XYZ-142 | Frankie Rodríguez v. Hotel System International, et al. | PR Acosta | 87-1745 (RLA) | | | | |
| XYZ-143 | José Rivera Escalona, et al. v. Hotel System Interanational, et al. | PR Acosta | 87-1747 (RLA) | | | | |
| XYZ-144 | Eleanor Mendell, et al. v. Hotel System International, et al. | PR Acosta | 87-1751 (RLA) | | | | |
| XYZ-145 | Susan Benesh v. Hotel System International, et al. | PR Acosta | 87-1752 (RLA) | | | | |
| XYZ-146 | Betsy Cohen v. Hotel System International, et al. | PR Acosta | 87-1753 (RLA) | | | | |
| XYZ-147 | Robert J. Cohen v. Sheraton Corp., et al. | PR Acosta | 87-1754 (RLA) | | | | |
| XYZ-148 | Mary Altieri, et al. v. Hotel SYstem International, et al. | PR Acosta | 87-1783 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 13

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-149 | Christine Manfre v. Hotel SYstem International, et al. | PR Acosta | 87-1784 (RLA) | | | | |
| XYZ-150 | Sandra Leaderman v. Hotel System International, et al. | PR Acosta | 87-1785 (RLA) | | | | |
| XYZ-151 | Joel T. Wineburgh, et al. v. Hotel System International, et al. | PR Acosta | 87-1786 (RLA) | | | | |
| XYZ-152 | Geraldine Scanga, et al. v. Hotel System International, et al. | PR Acosta | 87-1787 (RLA) | | | | |
| XYZ-153 | Eleanor Graffeo, et al. v. Hotel System International, et al. | PR Acosta | 87-1788 (RLA) | | | | |
| XYZ-154 | Nancy Robinson, et al. v. Hotel System International, et al. | PR Acosta | 87-1789 (RLA) | | | | |
| XYZ-155 | Barbara Zellman, et al. v. Hotel System International, et al. | PR Acosta | 87-1790 (RLA) | | | | |
| XYZ-156 | Minnie Grillo, et al. v. Hotel System Internaitonal. et al. | PR Acosta | 87-1791 (RLA) | | | | |
| XYZ-157 | Silvio Schapiro, et al. v. Hotel System International, et al. | PR Acosta | 87-1792 (RLA) | | | | |
| XYZ-158 | Carole Barber, et al. v. Hotel System International, et al. | PR Acosta | 87-1793 (RLA) | | | | |
| XYZ-159 | Kathlee J. Morrocco, et al. v. Hotel System International, et al. | PR Acosta | 87-1794 (RLA) | | | | |
| XYZ-160 | Judith Faulkner, et al. v. Hotel System International, et al. | PR Acosta | 87-1795 (RLA) | | | | |
| XYZ-161 | Jeffrey José Méndez, et al. v. Hotel System International, et al. | PR Acosta | 87-1796 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 14

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-162 | Johny Spickers, et al. v. Hotel System International, et al. | PR Acosta | 87-1797 (RLA) | | | | |
| XYZ-163 | Ignacio Cintrón, et al. v. Hotel System International, et al. | PR Acosta | 87-1798 (RLA) | | | | |
| XYZ-164 | María Luisa Rivera, et al. v. Hotel System International, et al. | PR Acosta | 87-1799 (RLA) | | | | |
| XYZ-165 | Myrta Rodríguez Serrano, et al. v. Hotel System International, et al. | PR Acosta | 87-1800 (RLA) | | | | |
| XYZ-166 | Esteban Gildo Sánchez Pérez, et al. v. Hotel System International, et al. | PR Acosta | 87-1801 (RLA) | | | | |
| XYZ-167 | Nellie Hernández Muñoz, et al. v. Hotel System International, et al. | PR Acosta | 87-1802 (RLA) | | | | |
| XYZ-168 | Norma García Sánchez v. Hotel System International, et al. | PR Acosta | 87-1803 (RLA) | | | | |
| XYZ-169 | Dupont Plaza Shop, Inc., et al v. Hotel System International, et al. | PR Acosta | 87-1811 (RLA) | | | | |
| XYZ-170 | Enrique Radames Carrión Colón, et al. v. Hotel System International, et al. | PR Acosta | 87-1813 (RLA) | | | | |
| XYZ-171 | Felicita Arquintony, et al. v. Hotel System International, et al. | PR Acosta | 87-1814 (RLA) | | | | |
| XYZ-172 | Rose Delli Santi v. San Juan Dupont Plaza Corp., et al | PR Acosta | 87-1815 (RLA) | | | | |
| XYZ-173 | Donald P. Doyle, et al. v. San Juan Dupont Plaza Corp., et. al. | PR Acosta | 87-1816 (RLA) | | | | |
| XYZ-174 | Michael Badour, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1817 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 15

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-175 | Earl Thompson, et al. v. San Juan Dupont Plaza, et al. | PR Acosta | 87-1818 (RLA) | | | | |
| XYZ-176 | Edwin Rodríguez Alejandro, et al. v. Hotel System International, et al. | PR Acosta | 87-1825 (RLA) | | | | |
| XYZ-177 | Raymond Medina, et al. v. Hotel System International, et al. | PR Acosta | 87-1826 (RLA) | | | | |
| XYZ-178 | Angel Hernández García, et al. v. Hotel System International, et al. | PR Acosta | 87-1829 (RLA) | | | | |
| XYZ-179 | Sara Rivera, et al. v. Hotel System International, et al. | PR Acosta | 87-1835 (RLA) | | | | |
| XYZ-180 | Evelyn Del Valle Mojica v. Hotel System International, et al. | PR Acosta | 87-1836 (RLA) | | | | |
| XYZ-181 | José Rafael Crespo Nieves v. Hotel System International, et al. | PR Acosta | 87-1837 (RLA) | | | | |
| XYZ-182 | José Ramón Rodríguez Santiago, et al. v. Hotel System International, et al. | PR Acosta | 87-1838 (RLA) | | | | |
| XYZ-183 | Mauricio Rodríguez Castrillón, et al. v. Hotel System International, et al. | PR Acosta | 87-1839 (RLA) | | | | |
| XYZ-184 | Josephine Burke Rowland, et al. v. Hotel System International, et al. | PR Acosta | 87-1840 (RLA) | | | | |
| XYZ-185 | Nicholas Perrotti, et al. v. Hotel System International, et al. | PR Acosta | 87-1841 (RLA) | | | | |
| XYZ-186 | Catherine A. Palemine, et al. v. Hotel System International, et al. | PR Acosta | 87-1842 (RLA) | | | | |
| XYZ-187 | George W. Sowerby, Sr., et al. v. Hotel System International, et al. | PR Acosta | 87-1843 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page -16

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-188 | Ingrin Erika Aust-González, et al. v. Hotel System International, et al. | PR Acosta | 87-1853 (RLA) | | | | |
| XYZ-189 | Rene Méndez, et al. v. Hotel System International, et al. | PR Acosta | 87-1854 (RLA) | | | | |
| XYZ-190 | Radames A. Sánchez, et al. v. Hotel System International, et al. | PR Acosta | 87-1855 (RLA) | | | | |
| XYZ-191 | Alice Janson v. Hotel System International, et al. | PR Acosta | 87-1856 (RLA) | | | | |
| XYZ-192 | Patrick Schoor, et al. v. Hotel System International, et al. | PR Acosta | 87-1857 (RLA) | | | | |
| XYZ-193 | Gloria Español, et al. v. Hotel System International, et al. | PR Acosta | 87-1859 (RLA) | | | | |
| XYZ-194 | Josefina Resto Figueroa, et al. v. Hotel System International, et al. | PR Acosta | 87-1860 (RLA) | | | | |
| XYZ-195 | Nicole Rabaraona v. Hotel System International, et al. | PR Acosta | 87-1861 (RLA) | | | | |
| XYZ-196 | Rose Curia, et al. v. Hotel System International, et al. | PR Acosta | 87-1868 (RLA) | | | | |
| XYZ-197 | Rafael Rodríguez Alvarez, et al. v. Hotel System International, et al. | PR Acosta | 87-1870 (RLA) | | | | |
| XYZ-198 | Ruben V. Fournier v. Hotel System International, et al. | PR Acosta | 87-1871 (RLA) | | | | |
| XYZ-199 | Barbara A. Nuddle, et al. Hotel System International, et al. | PR Acosta | 87-1872 (RLA) | | | | |
| XYZ-200 | Barbara A. Nuddle, et al. Hotel System International, et al. | PR Acosta | 87-1873 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-201 | Kenneth Michaels, et al. v. San Juan Dupont Plaza Corp. | PR Acosta | 87-1876 (RLA) | | | | |
| XYZ202 | Marío Rodríguez v. Hotel System International, et al. | PR Acosta | 87-1880 (RLA) | | | | |
| XYZ203 | Felipe León Figueria, et al. v. Hotel System International, et al. | PR Acosta | 87-1881 (RLA) | | | | |
| XYZ204 | Alain Robert Cohen v. Hotel System International, et al. | PR Acosta | 87-1882 (RLA) | | | | |
| XYZ-205 | Idalia Ramos Colón, et al. v. Hotel System International, et al. | PR Acosta | 87-1883 (RLA) | | | | |
| XYZ-206 | José Juan Vázquez, et al. v. The Sheraton Corporation, et al. | PR Acosta | 87-1888 (RLA) | | | | |
| XYZ-207 | Luis M. Muñiz Marquez, et al. v. Hotel System International, et al. | PR Acosta | 87-1889 (RLA) | | | | |
| XYZ208 | Gonzalo López Ramos, et al. v. Hotel System International, et al. | PR Acosta | 87-1890 (RLA) | | | | |
| XYZ209 | Mildred Díaz Ortiz, et al. v. Hotel System International, et al. | PR Acosta | 87-1891 (RLA) | | | | |
| XYZ-210 | George A. Oser v. Hotel SYstem International, et al. | PR Acosta | 87-1893 (RLA) | | | | |
| XYZ-211 | Sixta Fuentes Reyes, et al. v. Hotel System International, et al. | PR Acosta | 87-1894 (RLA) | | | | |
| XYZ-212 | John Kowalchuk, et al. v. Hotel System International, et al. | PR Acosta | 87-1895 (RLA) | | | | |
| XYZ-213 | Catherine Andonelos, et al. v. Hotel System International, et al. | PR Acosta | 87-1896 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721                                    LISTING OF INVOLVED ACTIONS -- page 18

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-214 | Tomas Cadden, et al. v. Hotel System International, et al. | PR Acosta | 87-1897 (RLA) | | | | |
| XYZ-215 | Harold Holliday, et al. v. Hotel System International, et al. | PR Acosta | 87-1898 (RLA) | | | | |
| XYZ-216 | Marlene Cutrole, v. Hotel System International, et al. | PR Acosta | 87-1899 (RLA) | | | | |
| XYZ-217 | José Antonio Rodríguez Feliciano, et al. v. Hotel System International, et al. | PR Acosta | 87-1906 (RLA) | | | | |
| XYZ-218 | Juan A. Méndez Alvarez v. Hotel System Interantional, et al. | PR Acosta | 87-1907 (RLA) | | | | |
| XYZ-219 | Arlene Carrasquillo Santiago v. Hotel System Interantional, et al. | PR Acosta | 87-1908 (RLA) | | | | |
| XYZ-220 | Isidro Díaz Cotto, et al. v. Hotel System International, et al. | PR Acosta | 87-1909 (RLA) | | | | |
| XYZ-221 | Carmen E. Medraño Baella, et al. v. Hotel System International, et al. | PR Acosta | 87-1910 (RLA) | | | | |
| XYZ-222 | George Gatti, Sr., et al. v. Hotel System International, et al. | PR Acosta | 87-1912 (RLA) | | | | |
| XYZ-223 | José D. Rivera Rivera, et al. v. Hotel System International, et al. | PR Acosta | 87-1913 (RLA) | | | | |
| XYZ-224 | Hector Rivera Padua, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1914 (RLA) | | | | |
| XYZ-225 | María B. Díaz Collazo, et al. v. Hotel System International, et al. | PR Acosta | 87-1916 (RLA) | | | | |
| XYZ-226 | Susano González Pérez, et al. v. Hotel System International, et al. | PR Acosta | 87-1925 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page -19-

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-227 | Faustino Ayala Cruz, et al. v. Hotel System International, et al. | PR Acosta | 87-1926 (RLA) | | | | Note 87-1929 added see XYZ-285 |
| XYZ-228 | Caridad Vargas De León, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1932 (RLA) | | | | |
| XYZ-229 | Antonio De León, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1933 (RLA) | | | | |
| XYZ-230 | Arturo Fabregas Peña, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1934 (RLA) | | | | |
| XYZ-231 | Rafael L. Vanga, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1935 (RLA) | | | | |
| XYZ-232 | Ann Speigel, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1936 (RLA) | | | | |
| XYZ-233 | Enrique Moret Rodríguez, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-1937 (RLA) | | | | |
| XYZ234 | Regina Pérez Castro, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-1938 (RLA) | | | | |
| XYZ235 | Manuela Martínez Rivera, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-1939 (RLA) | | | | |
| XYZ236 | María Mora Ruiz, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-1940 (RLA) | | | | |
| XYZ 237 | William Muñoz Carrasquillo v. San Juan Hotel Associates, et al. | PR Acosta | 87-1943 (RLA) | | | | |
| XYZ238 | David Snider, et al. v. San Juan Dupont Plaza Corp. | PR Acosta | 87-1944 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 20

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-239 | David Silverstein, et al. v. San Juan Dupont Plaza Corp, et al. | PR Acosta | 87-1945 (RLA) | | | | |
| XYZ-240 | Enrique Vargas Torres, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-1946 (RLA) | | | | |
| XYZ-241 | Irene De Jesus Díaz, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-1947 (RLA) | | | | |
| XYZ-242 | Federick J. Doughty v. San Juan Hotel Associates, et al, | PR Acosta | 87-1948 (RLA) | | | | |
| XYZ-243 | Lucy Del Muto, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1949 (RLA) | | | | |
| XYZ-244 | Julio Suárez González, et al. v. Hotel System International, et al. | PR Acosta | 87-1950 (RLA) | | | | |
| XYZ-245 | Corporación Insular de Seguros v. Hotel System International, et al. | PR Acosta | 87-1953 (RLA) | | | | |
| XYZ-246 | Reyes Rios, Digna v. Hotel System International, et al. | PR Acosta | 87-1956 (RLA) | | | | |
| XYZ-247 | Robert Dorbecker, et al. v. Hotel System International, et al. | PR Acosta | 87-1957 (RLA) | | | | |
| XYZ-248 | Mohammed Abbassi, et al. v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1958 (RLA) | | | | |
| XYZ-249 | María M. Casado Otero, et al. v. Hotel System International, et al. | PR Acosta | 87-1959 (RLA) | | | | |
| XYZ-250 | Manuel Ochoa v. San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1961 (RLA) | | | | |
| XYZ-251 | Peter Schwarzinger, et al. v. Hotel System International, et al | PR Acosta | 87-1964 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 29

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-252 | Jean Stewart   v. Hotel System International, et al. | PR Acosta | 87-1965 (RLA) | | | | |
| XYZ-253 | Danil Martes Arias, et al.   v. Hotel System International, et al. | PR Acosta | 87-1966 (RLA) | | | | |
| XYZ-254 | Richard Schulze, et al.   v. Hotel System International, et al. | PR Acosta | 87-1967 (RLA) | | | | |
| XYZ-255 | Lisa St. Pierre, et al.   v. 2-M Design, et al. | PR Acosta | 87-1968 (RLA) | | | | Class Action |
| XYZ-256 | Felix López, et al.   v. Hotel System International, et al. | PR Acosta | 87-1969 (RLA) | | | | |
| XYZ-257 | Edwin Ayala, et al.   v. Hotel System International, et al. | PR Acosta | 87-1970 (RLA) | | | | |
| XYZ-258 | Aetna Casualty and Surety Company   v. Hotel System International, et al. | PR Acosta | 87-1972 (RLA) | | | | |
| XYZ-259 | Rosa Muñoz Caraza, et al.   v. San Juan Hotel Associates, et al. | PR Acosta | 87-1973 (RLA) | | | | |
| XYZ-260 | Guillermo Tello   v. Western Benchcraft, Inc., et al. | PR Acosta | 87-1974 (RLA) | | | 2-26-88 Dism | |
| XYZ-261 | Mrs. Distributuors, Inc, et al.   v. San Juan Hotel Associates, et al. | PR Acosta | 87-1975 (RLA) | | | | |
| XYZ-262 | Marina Cordero, et al.   v. San Juan Hotel Associates, et al. | PR Acosta | 87-1976 (RLA) | | | | |
| XYZ-263 | Jorge Manrique San Juan Dupont Plaza Corp., et al. | PR Acosta | 87-1977 (RLA) | | | | |
| XYZ-264 | Carmen Rosado San Juan Hotel Associates, et al. | PR Acosta | 87-1978 (RLA) | | | | |

JPML FORM 1 -- Continuation

DOCKET NO. 721

LISTING OF INVOLVED ACTIONS -- page 22

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-265 | Mariano Ortiz Echevarria, et al. v. Hotel System International, et al. | PR Acosta | 87-1980 (RLA) | | | | |
| XYZ-266 | Joaquina Febres Prieto, et al. v. Hotel System International, et al. | PR Acosta | 87-1986 (RLA) | | | | |
| XYZ-267 | Louis F. Yanni, et al. v. Hotel System Internatioanl, et al. | PR Acosta | 87-1987 (RLA) | | | | |
| XYZ-268 | Samuel G. López Rivera, et al. v. Hotel System International, et al. | PR Acosta | 87-1989 (RLA) | | | | |
| XYZ-269 | Carmen Albarán Pagán, et al. v. Hotel System International, et al. | PR Acosta | 87-1990 (RLA) | | | | |
| XYZ-270 | Awilda Barbosa Pedroza, et al. v. Hotel System International, et al. | PR Acosta | 87-1991 (RLA) | | | | |
| XYZ-271 | Samuel Rodríguez, et al. v. Hotel System International, et al. | PR Acosta | 87-1992 (RLA) | | | | |
| XYZ-272 | Elyse Borak, et al. v. Hotel System International, et al. | PR Acosta | 87-1993 (RLA) | | | | |
| XYZ-273 | Carmen García Rivera, et al. v. Hotel System International, et al. | PR Acosta | 87-1994 (RLA) | | | | |
| XYZ-274 | Irving Lugo García, et al. v. Hotel System International, et al. | PR Acosta | 87-1995 (RLA) | | | | |
| XYZ-275 | Sandra González González v. San Juan Hotel Associates, et al. | PR Acosta | 87-1996 (RLA) | | | 2-26-88 Dism | |
| XYZ-276 | Angel A. Martínez, et al. v. San Juan Hotel Associates, et al. | PR Acosta | 87-1997 (RLA) | | | | |
| XYZ-277 | Juan Rosario Otero, et al. v. Hotel System International, et al. | PR Acosta | 87-1998 (RLA) | | | | |

July 1988 — 7 TR/219 X42/4 Dis/273 Pending

DOCKET NO. 721 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-278 | John Benevento, et al. v. Insilco, Inc., et al. | D.P.R. | 88-0977 | | | | trans. by Conn. Judge Burns 5/88 |
| C-279 | National Union Fire Insurance Company of Pittsburgh, Pa. v. Sheraton Corporation, et al. | E.D.Pa. Weiner | 88-2694 case dismissed prior to transfer | | | Motion Moot 12-14-88 | |
| XYZ-280 | American Natl Fire Ins Co. v. William Lyon, et al. | P.R. | 89-00331 | | | 3/16/90 Dism | |
| | July 1989 - 2 XYZ / 275 Pending | | | | | | |
| D-281 | Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al. 11/17/89 opposed 12/4/89 | C.D.Cal. Byrne | 89-5648 WMB(JRx) | 12/21/89 | 90-1337 | | |
| D-282 | Manual Ochoa, et al. v. Hotel Systems International, et al. 11/17/89 opposed 12/4/89 | C.D.Cal. Byrne | 89-5650 WMB (JRx) | 12/21/89 | 90-1336 | | |
| D-283 | Mildred Diaz Ortiz, et al. v. Hotel Systems International, et al. 11/17/89 opposed 12/4/89 | C.D.Cal. Byrne | 89-5651 WMB(JRx) | 12/21/89 | 90-13[illegible] | | |
| XYZ-284 | Josė Enrique Pumarejo v. Hotel Systems International, et al. | P.R. Acosta | 87-2001 | | | | |
| XYZ-285 | Margaret Delli Santi, et al. v. Hotel Systems International, et al. | P.R. Acosta | 87-1929 (RLA) Same as B-52 | | | | |
| XYZ-286 | Jessenia Silva Caro v. Hotel Systems International, et al. | P.R. Acosta | 88-1265 | | | | |
| XYZ-287 | Gloria Rabelo v. Hotel Systems International, et al. | P.R. Acosta | 88-588 | | | | |
| XYZ-288 | Josė R. Salas v. Hotel Systems International, et al. | P.R. Acosta | 88-862 | | | | |
| | July 1990 - 3 TR / 3 XYZ / 2 Dis / 278 Pending | | | | | | |
| | July 1991 - Same | | | | | | |
| | July 1992 - Same | | | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 721 -- In re Fire Disaster at Dupont Plaza Hotel, San Juan, Puerto Rico, on December 31, 1986

As of April 18, 1988 Pretrial Order No. 68

| PLAINTIFFS' LIAISON COUNSEL | DEFENDANTS' LIAISON COUNSEL |
|---|---|
| ~~Ana L. Navarro, Esq.~~<br>~~P.O. Box 311~~<br>~~Old San Juan, Puerto Rico 00902~~<br>~~(809) 725-3747~~ | Carlos Padin<br>Call Box 50062<br>Old San Juan Station<br>Old San Juan, Puerto Rico 00902<br>(809) 721-8383 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 721 -- In re Fire Disaster at Dupont Plaza Hotel, San Juan, Puerto Rico, ~~on December 31, 1986~~

PLAINTIFFS' STEERING COMMITTEE:

Peter Berkowitz, Esq.
Lugo & Berkowitz
Banco Cooperative Plaza, Suite 309
623 Ponce de Leon Ave.
Hato Rey, Puerto Rico 00917
(809) 758-8440

Wendell H. Gauthier, Esq.
Gauthier, Murphy, Sherman, et al.
3500 North Hullen Street
Metairie, Louisiana 70002
(504) 456-8600

Harvey B. Nachman, Esq.
Nachman & Fernandez-Sein
P.O. Box 9949
Santurce, Puerto Rico 00908
(809) 724-1212

William S. Kemp, Esq.
Jones, Jones, Close & Brown
300 South Fourth Street
Suite 700, Valley Bank Plaza
Las Vegas, NV 89101
(702) 385-4202

Jorge Ortiz-Brunet, Esq.
Ortiz Toro & Ortiz-Brunet
P.O. 2064
Hato Rey, PR 00919
(809) 754-7713

Francisco M. Troncoso, Esq.
Troncoso & Fuentes Agostini
P.O. Box 3352
Old San Juan Station
Old San Juan, Puerto Rico 00904
(809) 722-0741

Antonio Moreda Toledo, Esq.
Moreda, Moreda & Arrillaga
G.P.O. Box 6066
San Juan, Puerto Rico 00936
(809) 754-6290

Jorge M. Suro-Ballester, Esq.
Suro-Ballester
Suite 907
Banco de Ponce Building
1250 Ponce de Leon Avenue
Santurce, Puerto Rico 00907
(809) 725-1020

Stanley M. Chesley, Esq.
Waite, Schneider, Bayless & Chesley
1513 Central Trust Tower
Fourth and Vine Streets
Cincinnati, Ohio 45202
(513) 621-0267

David C. Indiano, Esq.
Jimenez, Graffam & Lausell
G.P.O. Box 6104
San Juan, Puerto Rico 00936
(809) 767-1030

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 721 -- In re Fire Disaster at Dupont Plaza Hotel, San Juan, Puerto Rico, on December 31, 1986

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. (C-279)
Stephen A. Cozen, Esquire
Robert R. Reeder, esquire
Gregory E. Dunlap, Esquire
The Atrium - Third Floor
1900 Market Street
Philadelphia, Pennsylvania 19103

SHERATON CORPORATION
SHERATON INTERNATIONAL, INC.
(Defts. in C-279)
Joseph F. Moore, Jr., esquire
Robert A. Nichoals, Esquire
Thomas J. Marshall, Esquire
Reed, Smith, Shaw & McClay
1600 Avenue of the Arts Building
Broad & Chestnut Streets
Philadelphia, Pennsylvania 19107-4616

MILDRED DIAZ ORTIZ, ET AL. (D-281 & D-283)
Victor Jacobovitz, Esquire
Law Offices of Toxey Hall Smith
6255 Sunset Boulevard, #2000
Los Angeles, California 90028 opposed 12/4/89

Will Kemp, Esquire
Jones, Jones, Close & Brown, Chartered
300 South Fourth Street
Valley Bank Plaza, #700
Las Vegas, Nevada 89101

MANUAL OCHOA, ET AL. (D-282) opposed 12/4/89
Gary R. Goodheart, Esquire
Jones, Jones, Close & Brown, Chartered
(address listed above)

JPML FORM 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 721 -- IN RE FIRE DISASTER AT DUPONT PLAZA HOTEL, SAN JUAN, PUERTO RICO, ON DECEMBER 31, 1986

| Name of Party | Named as Party in Following Actions |
|---|---|
| HOTEL SYSTEMS INTERNATIONAL d/b/a DUPONT PLAZA HOTEL | A-1; A-4; B-52 B-53, D-281 thru D-283 |
| SAN JUAN DUPONT PLAZA CORP. | A-2; A-3; ~~X~~YZ-5; B-53 |
| SAN JUAN HOTEL ASSOCIATES | |
| SHERATON CORPORATION | C-279 |
| SHERATON INTERNATIONAL, INC. | C-279 |
| | |
| | |
| | |
| | |
| | |
| | |

721 CPCL - Alphabetical

<party>(E.I.) DuPont de Numours and Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>2-M Design
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>3-M
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>AAA Packing and Shipping, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Alexander & Alexander of California, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Allied Fibers & Plastics Co.
<id#>B-54; B-55; B-56; D-281
<>

<party>American International Insurance Co. of Puerto Rico., Inc.
<id#>B-54; D-281 thru D-283
<>

<party>American District Telegraph d/b/a ADT Security Systems
<id#>B-54; D-281 thru D-283
<>

<party>American International Group, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Amoco Fabrics and Fibers Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Bally Manufacturing
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Barber Colman
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Basf Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Borden, Inc. d/b/a Sunwall of America
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Brian Corbell
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Brian Corbell as trustee Corbell Family Trust
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Brinton's
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>BTH Hotels Reservation
<id#>B-54; B-55;  B-56; D-281  thru D-283
<>

<party>Buck Creek Industries, Inc.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Bud Jones Company
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Burd, Inc.
<id#>B-54; B-55;  B-56; D-281  thru D-283
<>

<party>Carol Cable Co., Inc.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Carpets from London, Ltd.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Centro Rattan
<id#>B-55;  B-56; D-281 thru D-283
<>

<party>Cerro Wire & Cable Co.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Chemical Plastics
<id#>B-54;
<>

<party>Collins & Aikman
<id#>B-54; B-55;  B-56;  B-57;  B-58; D-281 thru D-283
<>

<party>Consentini Associates
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Contrex, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Crain Western, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Dallas Asset Management, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Dallas Asset Management, Ltd.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Dan River, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>David P. Goodman & Co. d/b/a Acme Feltworks
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Day International Corp. d/b/a Dayco
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Dennis G. Jay
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Diversified General d/b/a Bolta Division
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Djsdha, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Drexel-Heritage
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>E.K. Manufacturing
<id#>~~B-54; B-55; B-56~~; D-281 thru D-283
Dis'd
<>

<party>Ebco, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Elizabeth M. Smyth Trust
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Enterprise Hotel Development Corp.
<id#>B-54; D-281 thru D-283
<>

<party>Erickson
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Erickson Associates
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Erickson Design Group, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Execpart S.J., Ltd.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Falcon Products, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Firth Carpets
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Forms & Surfaces
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Foss Manufacturing Co., Inc.
<id#>B-54; B-55; B-56; D-281, thru D-283
<>

<party>Francesca Drown
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Frankel & Associates
<id#>B-54; B-55; B-56; B-57; B-58; D-281, thru D-283
<>

<party>Future Foam, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>G.A. Marse Associates, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Galon Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>General Felt Industries, Inc. n/k/a Knoll International Holdings Inc. d/b/a General Felt, GFI and/or Scotfoam
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Goodyear Tire & Rubber Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Grand Hotel Associates
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Grand Hotel, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Gros Fillex
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Guthrie Operations Pty, Ltd.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>H.B. Fuller Co.
<id#>B-54; D-281 thru D-283
<>

<party>H.B. Fuller Co. (P.R.)
<id#>B-54; D-281 thru D-283
<>

<party>HCC Asset Management, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Holders Capital Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Honeywell, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Hotel Equipment Leasing Associates
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

X <party>Hotel Systems International
<id#>B-54; B-55; B-56;
<>

<party>Hufcor, Inc.
X <id#>B-54*; B-55*;
<>

X <party>Hytex Industries, Inc.
<id#>B-54*; B-55*;
<>

<party>Insurance Co. of North America
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Insurance Services Offices, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>International Textiles
<id#>B-54; D-281 thru D-283
<>

<party>ISO Commercial Risk Services, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>ISO Telecommunications, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>J & W Wholesale Supply, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Jack Lenor Larson
<id#>B-54; B-55; B-56; B-57; B-58; D-281 thru D-283
<>

<party>James H. Checkman
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>James L. Tate & Associates
<id#>B-54; D-281 thru D-283
<>

<party>Johnson & Son, Inc. d/b/a Johnson Wax
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Johnson Controls
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Joseph Drown Foundation
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>L & T Enterprises
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Lamin-Art
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Laminating Corp. of America d/b/a Vicoa
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Laminating Services
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Lanco Manufacturing Corp.
<id#>B-54; D-281 thru D-283
<>

<party>Lee Foam Products Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Lerch, Bates & Associates, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Lewis Industries
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Louise M. Merdinian
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Madison Wholesale
<id#>B-54; B-55; B-56; B-57; B-58; D-281 thru D-283
<>

<party>Maharam Fabrics
<id#>B-54; B-55; B-56; B-57; B-58; D-281 thru D-283
<>

<party>Martinez & Costa
<id#>B-54; D-281 thru D-283
<>

<party>Mary M. Corbell
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Maureen F. O'Connor
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Milton F. Fillius, Jr.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Milton F. Fillius, Jr. as trustee Helen Fillius Trust
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Mitchell Design
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Mitchell-Mann, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Mobay Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Monterey Carpets, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>National Distillers & Chemical Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Navan Carpets, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Nevamar Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>New York Awning Co., Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Norman C. Obrow
<id#>B-54; B-55; B-56; D-281 thru
<>

<party>Northern Petro Chemical
<id#>B-54; B-55; B-56; D-281 thru
<>

<party>Otis Elevator
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>P. Robert Zonitch
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Passalacqua & Cia, Inc.
<id#>B-54; D-281 thru D-283
<>

<party>Patricia L. Rahner
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Phelps Dodge
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Piedmont Corrugated Specialty, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Pittsburgh Plate Glass Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>PPG Industries, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Pratt & Lambert, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Puerto Rico Tourism Co.
<id#>B-54; D-281 thru D-283
<>

<party>R.P. Farnsworth & Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Recticel Foam Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Reed Wallcovering
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Reynolds Metal Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Robert B. Ballantyne
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Robert O. Peterson
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Rohm & Haas
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Roy A. Lake
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Rubicon Chemicals, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>San Diego Hotel, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>San Juan Dupont Plaza Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>San Juan Hotel Associates
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>San Juan Hotel Associates, Ltd.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>San Juan Hotel, Ltd.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Santa Fe Extruders, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Sara Lee Corp. formerly Electrolux Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>SCM Corp.
<id#>B-54; D-281 thru D-283
<>

<party>Scot Foam
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Sealed Air Corp. (Cellu Products Division)
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Sealy Furniture Western, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Shelby Williams
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Sheraton Design and Development, Inc.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Sheraton International, Inc.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Sheraton Puerto Rico Corp.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Sheraton Supply Corp.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Sico Inc.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Stoddard Carpets, Ltd.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Superior Paint
<id#>B-54; D-281 thru D-283
<>

<party>Tarkett, Inc.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Tascot Templeton, div. Guthrie Operations Pty, Ltd.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>Tech-Aero Foam Products
<id#>B-54; D-281 thru D-283
<>

<party>Tertiary
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>The Dow Chemical Co.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>The Firestone Tire and Rubber Co.
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>The Insurance Company of the State of Pennsylvania
<id#>B-54; B-55;  B-56; D-281 thru D-283
<>

<party>The Ohio Mattress Company
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>The Sheraton Corp.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>The Trane Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Thela, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Theodore H. Smyth
<id#>B-54; B-55; B-56; , D-281 thru D-283
<>

<party>TMS International d/b/a HSI Reservations
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Toro and Ferrer
<id#>B-54; D-281 thru D-283
<>

<party>Trane Western Hemisphere, Inc.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Transcontinental Commodities, Inc. d/b/a La Cor Wicker Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>U.S. Industrial Chemical
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Union Carbide Corp.
<id#>B-54*; B-55*;
<>

<party>Uniroyal, Inc.
<id#>B-54*; B-55; B-56;
<>

<party>Vassallo Industries, Inc.
<id#>B-54; D-281 thru D-283
<>

<party>Virco Manufacturing
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>W.R. Grace and Co.
<id#>B-54*; B-55*;
<>

<party>Warner Burns Toan Lunde
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Western Benchcraft, Inc. d/b/a Sealy Fine Furniture
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Western Synthetics Felt Co.
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Wickes
<id#>B-57; B-58; D-281 thru D-283
<>

<party>William D. Eberle
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>William Lyon
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Wilson-Art
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>Wolf-Gordon
<id#>B-54; B-55; B-56; B-57; B-58; D-281 thru D-283
<>

<party>Zumwalt & Vinther
<id#>B-54; B-55; B-56; D-281 thru D-283
<>

<party>
<id#>
<>

additional defts. listed on attached pages

<party>Aconi Constructors, Inc. (f/k/a ACME Constructors, Inc.)
<id#>D-281 thru D-283
<>

<party>Central Chair Company
<id#>D-281 thru D-283
<>

<party>Columbus Blinds Corporation
<id#>D-281 thru D-283
<>

<party>Commercial Plastics
<id#>D-281 thru D-283
<>

<party>Delta Cooling Towers, Inc.
<id#>D-281 thru D-283
<>

<party>Dong Nam
<id#>D-281 thru D-283
<>

<party>Fernandez Gutierrez, Inc.
<id#>D-281 thru D-283
<>

<party>Furane Products Co.
<id#>D-281 thru D-283
<>

<party>Gilubrto Ibarra Garcia
<id#>D-281 thru D-283
<>

<party>Harold A. Newland
<id#>D-281 thru D-283
<>

<party>ICI Americas, Inc.
<id#>D-281 thru D-283
<>

<party>Industries Glidden de Puerto Rico
<id#>D-281 thru D-283
<>

<party>Johns-Manville
<id#>D-281 thru D-283
<>

<party>Miguel Ortiz Draperies, Inc.
<id#>D-281 thru D-283
<>

<party>Milliken
<id#>D-281 thru D-283
<>

<party>National Air Corporation
<id#>D-281 thru D-283
<>

<party>Permuthane
<id#>D-281 thru D-283
<>

<party>Products Research and Chemical Corp.
<id#>D-281 thru D-283
<>

<party>Sancor Industries, Inc.
<id#>D-281 thru D-283
<>

<party>TSE Industries
<id#>D-281 thru D-283
<>

<party>Texaco Chemical Co.
<id#>D-281 thru D-283
<>

<party>Textile Rubber and Chemical Corp.
<id#>D-281 thru D-283
<>

<party>United Refrigeration supplies
<id#>D-281 thru D-283
<>

<party>Universal Security Advisors, Inc.
<id#>D-281 thru D-283
<>

<party>Wilkie Frias Fraticelli
<id#>D-281 thru D-283
<>

<party>York Air conditioning and Refrigeration Inc. (f/k/a York International)
<id#>D-281 thru D-283
<>